AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **Massachusetts**

LINDA EDGE,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

BAYSTATE CONSTABLE, INC. d/b/a BAYSTATE CONSTABLES, INC. and BAYSTATE CONSTABLES, CONSTANCE SORENSON, JANE ROE and JOHN DOES 1-10,
    Defendants

05 10___ JLT

TO: (Name and address of defendant)

CONSTANCE SORENSON
At her office:    OR    At her home:
6 Courthouse Lane    621 Arboretum Way
Chelmsford, MA 01824    Burlington, MA 01803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  1/14/2005