AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

LINDA EDGE,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

BAYSTATE CONSTABLE, INC. d/b/a BAYSTATE CONSTABLES, INC. and BAYSTATE CONSTABLES, CONSTANCE SORENSON, JANE ROE and JOHN DOES 1-10,
    Defendants

**05 10100 JLT**

TO: (Name and address of defendant)

BAYSTATE CONSTABLE, INC. d/b/a Baystate Constables, Inc. and Baystate Constables
6 Courthouse Lane
Chelmsford, MA 01824

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  1/14/2005