IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA EDGE,    ) | |
|     Plaintiff,    ) | |
| )    | |
| v.    ) | No.  05-10100  JLT |
| ) | |
| BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE    ) | |
| CONSTABLES, CONSTANCE SORENSON a/k/a    ) | |
| CONSTANCE CURRAN, JANE ROE and JOHN    ) | |
| DOES 1-10,    ) | |
|     Defendants.    ) | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**
**FOR FAILURE TO APPEAR AND PLEAD**

The Plaintiff, Linda Edge, pursuant to Fed. R. Civ. P. 55(a), moves this Court for entry of a default judgment against Defendants Baystate Constables, Inc.(hereafter "Baystate") and Constance Sorenson a/k/a Constance Curran (hereafter "Sorenson") for failure to appear and plead. In support of this motion, Plaintiff states as follows:

1.  Plaintiff filed her Complaint on January 14, 2005. Plaintiff filed her Second Amended Complaint on June 23, 2005.

2.  Defendant Baystate was served with Plaintiff's Second Amended Complaint through its agent Danielle DiTucci, by Constable Anthony J. Saia on June 26, 2005 at Baystate's office. A copy of the constable's certification and return of service is attached hereto as **Exhibit 1**.

3.  Defendant Sorenson was served with Plaintiff's Second Amended Complaint in hand by Constable Anthony J. Saia on June 26, 2005. A copy of the constable's certification and return of service is attached hereto as **Exhibit 2**.

4.  Defendants' appearances and answers were due on July 18, 2005.

5.    As of July 26, 2005, neither Defendant has filed an appearance in this action nor an answer to Plaintiff's Second Amended Complaint.

6.    Plaintiff herewith also files her Third Amended Complaint, correcting a typographical error in paragraph 63 and amending the caption to more accurately describe Defendants. Plaintiff's Third Amended Complaint does not assert any new or additional claims for relief against Defendants.

7.    Plaintiff requests that the Court enter the proposed default judgment attached hereto as **Exhibit 3**.

WHEREFORE, Plaintiff prays that this Court enter a default judgment in her favor against both Defendants:

A.    For three times her actual damages, an amount to be proven, pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3);

B.    For an additional amount of $1,000.00 statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A); and

C.    For her costs, expenses and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4).

Respectfully submitted,

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02174
781-648-4040

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 26th 2005 |
| NAME OF SERVER (PRINT)  ANTHONY J. SAIA | TITLE Constable, & Disinterested Person over 18 years old |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 6 Courthouse Lane/Enterance E Room 12 2nd floor/Chelmsford, Bay State Constable,s Inc. d/b/a Bay State Constables. Time 12:10 p.m
Danielle DiTucci agent & Sec to Baystate Constable,,Inc/d/b/a Bay State Constables IN HAND TO

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 11 | 20.00 | 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 26th 2005  Time 12:10 p.m Anthony J. Saia
                  Date                                    Signature of Server

Address of Server:  27 Alcino Lane
Burlington Mass 01803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT 1

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | June 26th 2005 |
| NAME OF SERVER (PRINT)  Anthony J. Saia | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

Disinterested Person over 18 years old.

[x] Served personally upon the defendant. Place where served: 6 Courthouse Lane/ Enterance E Room No. 12 2nd floor
~~Defendant~~ Constance ~~J~~enson in Hand Time 2:15 p.m

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 11 Miles | 35.00 | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 26th 2005  Time 2:15 p.m   Anthony J Saia
              Date                             *Signature of Server*

27 Alcine Llana
*Address of Server*

Burlington, Mass 01803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA EDGE,                    )<br>        Plaintiff,              )<br>                                )<br>v.                              )<br>                                )<br>BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE )<br>CONSTABLES, CONSTANCE SORENSON a/k/a    )<br>CONSTANCE CURRAN, JANE ROE and    JOHN  )<br>DOES 1-10,                      )<br>        Defendants.             ) | No.  05-10100  JLT |

## **PROPOSED  JUDGMENT**

This matter coming before the Court on the motion of Plaintiff for entry of a default judgment, pursuant to Fed. R. Civ. P. 55(a), against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran for failure to appear and plead,

1.      Judgment is hereby entered for the Plaintiff and against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran, pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), for three times Plaintiff's actual damages, an amount to be proven;

2.      Judgment is hereby entered for the Plaintiff and against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran for an additional $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

3.      Judgment is hereby entered for Plaintiff's costs, expenses and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4);

EXHIBIT  3 p. 1

    4.      Pursuant to Fed. R. Civ. P. 54(d) Plaintiff shall submit her petition for fees and costs within 14 days of entry of a final judgment, after determination of the amount of her actual damages;

    5.      The Court will set a date for Plaintiff to prove up the amount of her actual damages by further order.

Dated: _____      Entered:    _____
                                                                                     Joseph L. Tauro, District Judge