IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA EDGE,<br>    Plaintiff,<br><br>v.<br><br>BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE CONSTABLES, CONSTANCE SORENSON a/k/a CONSTANCE CURRAN, JANE ROE and JOHN DOES 1-10,<br>    Defendants. | No. 05-10100 JLT |

## ~~PROPOSED~~ JUDGMENT

This matter coming before the Court on the motion of Plaintiff for entry of a default judgment, pursuant to Fed. R. Civ. P. 55(a), against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran for failure to appear and plead,

1. Judgment is hereby entered for the Plaintiff and against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran, pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), for three times Plaintiff's actual damages, an amount to be proven;

2. Judgment is hereby entered for the Plaintiff and against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran for an additional $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

3. Judgment is hereby entered for Plaintiff's costs, expenses and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4);

EXHIBIT 3 p. 1

4.  Pursuant to Fed. R. Civ. P. 54(d) Plaintiff shall submit her petition for fees and costs within 14 days of entry of a final judgment, after determination of the amount of her actual damages;

5.  The Court will set a date for Plaintiff to prove up the amount of her actual damages by further order.

Dated: 11/8/05    Entered: _____
                           Joseph L. Tauro, District Judge