## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA EDGE, ) | |
|       Plaintiff, ) | |
| ) | |
|       v. ) | No.  05-10100  JLT |
| ) | |
| BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE ) | |
| CONSTABLES, CONSTANCE SORENSON a/k/a ) | |
| CONSTANCE CURRAN, JANE ROE and    JOHN ) | |
| DOES 1-10, ) | |
|       Defendants. ) | |

## MOTION FOR ENTRY OF FINAL JUDGMENT

The Plaintiff, Linda Edge, pursuant to Fed. R. Civ. P. 55(a), moves this Court for entry of a

final default judgment against Defendants Baystate Constables, Inc.(hereafter "Baystate") and

Constance Sorenson a/k/a Constance Curran (hereafter "Sorenson") for failure to appear and plead.

In support of this motion, Plaintiff states as follows:

1.      Plaintiff filed her Complaint on January 14, 2005.  Plaintiff filed her Second Amended

Complaint on June 23, 2005.

2.      Defendant Baystate was served with Plaintiff's Second Amended Complaint through its

agent, Danielle DiTucci, by Constable Anthony J. Saia on June 26, 2005 at Baystate's office.  A copy

of the constable's certification and return of service is attached hereto as **Exhibit 1**.

3.      Defendant Sorenson was served with Plaintiff's Second Amended Complaint in hand

by Constable Anthony J. Saia on June 26, 2005.  A copy of the constable's certification and return of

service is attached hereto as **Exhibit 2**.

4.      Defendants' appearances and answers were due on July 18, 2005.

5.      As of November 30, 2005, neither Defendant has filed an appearance in this action nor

an answer to Plaintiff's  Second Amended Complaint.

6.      On July 29, 2005, Plaintiff filed her Third Amended Complaint, correcting a

typographical error in paragraph 63 and amended the caption to more accurately describe Defendant

Constance Sorenson by her other alias.  Plaintiff's Third Amended Complaint did not assert any new or

additional claims for relief against Defendants.

7.      On November 8, 2005 the Court entered judgment against Defendants, pursuant to 15

U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), for three times Plaintiff's actual damages; for an

additional amount of $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A); for Plaintiff's costs,

expenses and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A §

9(4); and for her reasonable attorney's fees.  A copy of that judgment is attached hereto as **Exhibit 3**.

8.      Plaintiff requests that the Court void the previous judgment and enter the proposed final

judgment attached hereto as **Exhibit 4**.

WHEREFORE, Plaintiff prays that this Court enter a final default judgment in her favor against

both Defendants:

A.      For $10,845.00, which represents her actual damages of $3,615.00, for Defendants'

fraud and conversion and pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), trebled

pursuant to M.G.L. ch. 93A § 9(3);

B.      For an additional amount of $1,000.00 statutory damages, pursuant to 15 U.S.C. §

1692k(a)(2)(A); and

C.      For her costs and expenses of $220.98 and reasonable attorney's fees of $6,207.50,

pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4);

D.      For such other relief as may be just and proper.

Respectfully submitted,

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02174
781-648-4040

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 26th 2005 |

| NAME OF SERVER (PRINT) | TITLE Constable, & |
|---|---|
| ANTHONY J. SAIA | Disinterested Person over 18 years old |

*Check one box below to indicate appropriate method of service*

6 Courthouse Lane/Enterance E
Room 12 2nd floor/Chelmsford,
Time 12:10 p.m

[x] Served personally upon the defendant. Place where served: _____
Bay State Constable,s Inc. d/b/a Bay State Constab les. IN HAND TO

[ ] Danielle DiTucci agent & Sec to Baystate C onstable,,Inc/d/b/a Bay State
Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

_____

[ ] Returned unexecuted:_____

_____
_____
_____

[ ] Other (specify):_____

_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 11 | 20.00 | 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ June 26th 2005 Time 12:10 p.mAnthony J. Saia _____
        Date                                        Signature of Server

                                                    27 ALcino Lane
                                Address of Server

                                  Burlington Mass 01803

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT 1**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| | June 26th 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Anthony J. Saia | Constable Disinterested Person over 18 years old. |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: 6 Courthouse Lane/ Enterance E Room No.12 2nd floor
~~Defendant~~ Constance Jenson in Hand Time 2:15 p.m

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 11 Miles | 35.00 | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____June 26th 2005____ Time 2:15 p.m    Anthony J Saia
Date                                                  Signature of Server

27 ALcine Llano
Address of Server

Burlington, Mass 01803

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA EDGE, ) | |
|      Plaintiff, ) | |
| ) | |
| v. ) | No. 05-10100 JLT |
| ) | |
| BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE ) | |
| CONSTABLES, CONSTANCE SORENSON a/k/a ) | |
| CONSTANCE CURRAN, JANE ROE and  JOHN ) | |
| DOES 1-10, ) | |
|      Defendants. ) | |

## PROPOSED JUDGMENT

This matter coming before the Court on the motion of Plaintiff for entry of a default judgment,

pursuant to Fed. R. Civ. P. 55(a), against Defendants Baystate Constables, Inc. and Constance

Sorenson a/k/a Constance Curran for failure to appear and plead,

1.    Judgment is hereby entered for the Plaintiff and against Defendants Baystate

Constables, Inc. and Constance Sorenson a/k/a Constance Curran, pursuant to 15 U.S.C. §

1692k(a)(1) and M.G.L. ch. 93A § 9(3), for three times Plaintiff's actual damages, an amount to be

proven;

2.    Judgment is hereby entered for the Plaintiff and against Defendants Baystate

Constables, Inc. and Constance Sorenson a/k/a Constance Curran for an additional $1,000.00,

pursuant to 15 U.S.C. § 1692k(a)(2)(A);

3.    Judgment is hereby entered for Plaintiff's costs, expenses and reasonable attorney's

fees, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4);

EXHIBIT 3 p. 1

4.      Pursuant to Fed. R. Civ. P. 54(d) Plaintiff shall submit her petition for fees and costs

within 14 days of entry of a final judgment, after determination of the amount of her actual damages;

5.      The Court will set a date for Plaintiff to prove up the amount of her actual damages by

further order.

Dated:      11/8/05              Entered:      _____

                                              Joseph L. Tauro, District Judge

2                                    EXHIBIT 3 p. 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA EDGE, )<br>     Plaintiff, )<br> )<br>     v. )<br> )<br>BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE )<br>CONSTABLES, CONSTANCE SORENSON a/k/a )<br>CONSTANCE CURRAN, JANE ROE and   JOHN )<br>DOES 1-10, )<br>     Defendants. ) | No.  05-10100  JLT |

### PROPOSED  FINAL  JUDGMENT

This matter coming before the Court on Plaintiff's amended motion for entry of a final judgment,

pursuant to Fed. R. Civ. P. 55(a), against Defendants Baystate Constables, Inc. and Constance

Sorenson a/k/a Constance Curran for failure to appear and plead,

> Judgment is hereby entered for the Plaintiff and against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran in the amount of $18,273.48, which represents her actual damages of $3,615.00, for Defendants' fraud and conversion and pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), trebled pursuant to M.G.L. ch. 93A § 9(3) ($10,845.00), plus an additional $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A), plus costs and expenses of $220.98 and reasonable attorney's fees of $6,207.50, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4).

> The award is subject to interest calculated in accordance with 28 U.S.C. § 1961 from today's date until the date the judgment is paid.

> Any previous judgments in this case are null and void.

Dated: _____      Entered:     _____

                                                    Joseph L. Tauro<br>                                                    United States District Judge

**EXHIBIT  4**