IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA EDGE,<br>　　　Plaintiff,<br><br>　　　v.<br><br>BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE<br>CONSTABLES, CONSTANCE SORENSON a/k/a<br>CONSTANCE CURRAN, JANE ROE and JOHN<br>DOES 1-10,<br>　　　Defendants. | No. 05-10100 JLT |

### ~~~~~~~~ FINAL JUDGMENT

This matter coming before the Court on Plaintiff's amended motion for entry of a final judgment, pursuant to Fed. R. Civ. P. 55(a), against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran for failure to appear and plead,

Judgment is hereby entered for the Plaintiff and against Defendants Baystate Constables, Inc. and Constance Sorenson a/k/a Constance Curran in the amount of $18,273.48, which represents her actual damages of $3,615.00, for Defendants' fraud and conversion and pursuant to 15 U.S.C. § 1692k(a)(1) and M.G.L. ch. 93A § 9(3), trebled pursuant to M.G.L. ch. 93A § 9(3) ($10,845.00), plus an additional $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A), plus costs and expenses of $220.98 and reasonable attorney's fees of $6,207.50, pursuant to 15 U.S.C. § 1692k(a)(3) and M.G.L. ch. 93A § 9(4).

The award is subject to interest calculated in accordance with 28 U.S.C. § 1961 from today's date until the date the judgment is paid.

Any previous judgments in this case are null and void.

By The Court,

Dated: 1/9/06　　　　　　　Entered: _____, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　United States District Judge

Exhibit 4