**Yvonne W. Rosmarin**
Attorney at Law

58 Medford Street
Arlington, MA 02474

ConsumerProtection

May 8, 2007

United States District Court
1 Courthouse Way
Boston, MA 02210

      Re:    Edge v. Baystate Constables, Inc., *et al.*
             U.S. District Court, No. 05-10100 JLT

Dear Sir/Madam:

    Please issue an execution on the judgment in the above case, as there has been no payment of the judgment.

    Please include post-judgment interest through the date of issue.

    Thank you.

                                    Sincerely,

                                    s/Yvonne W. Rosmarin
                                    Yvonne W. Rosmarin

Tel 781-648-4040 • Fax 781-643-6164 • YRosmarin@abanet.org

Also Admitted in Illinois and Colorado